UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,            :
                          Plaintiff,    :
                                       :            21 Cr. 278 (LGS)
            -against-                  :
                                       :            <u>SCHEDULING ORDER</u>
ABRAHAM CANO,                           :
                              Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Abraham Cano's sentencing hearing shall be held on **September 13, 2021**, at **11:15 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **August 16, 2021**. The Government's pre-sentencing submission, if any, shall be filed by **August 19, 2021.**

Dated: May 10, 2021
           New York, New York

                                                                   **LORNA G. SCHOFIELD**
                                                           **UNITED STATES DISTRICT JUDGE**