UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ABRAHAM CANO,

          Defendant.

**ORDER**

**21 Cr. 278 (LGS)**

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 29, 2021;

       WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
            June 15, 2021

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE