# THE LAW OFFICE OF SAMUEL KARLINER, PLLC
## 60 EAST 42ND STREET: SUITE 1521
## NEW YORK, N.Y. 10165
## (718) 260-9100

November 6, 2021

The Honorable Lorna G. Schofield
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Abraham Cano 211 C.R.  278**

> Application Granted.  The sentencing hearing currently scheduled for November 15, 2021, is adjourned to **February 7, 2022, at 11:00 a.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 50.
>
> Dated: November 10, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

I represent Mr. Cano on his upcoming sentencing hearing is currently scheduled for Monday, November 15, 2021. I write to request an adjournment to January 2022, or any time thereafter that is convenient to the court. My client has informed me that his family is unable to travel to NY for November 15, 2022 date and he would request an adjournment so his family could be present for his sentencing. In addition, I am scheduled to begin a homicide trial in Kings County Supreme Court on November 29, 2021 and I expect it will last up until the holiday break. Therefore a date in January 2022, or anytime thereafter would be greatly appreciated

Thank you, Your Honor, for your consideration of this matter.

Sincerely,

Samuel Karliner