UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                                       21 Cr. 278-01 (LGS)

                     -against-

                                                                    <u>ORDER</u>

   ABRAHAM CANO,

                                 Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for February 7, 2022, is adjourned to **April 4, 2022, at 11:00 a.m.** due to the Bureau of Prisons' procedures in addressing the ongoing pandemic.

Dated: February 1, 2022
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                     **UNITED STATES DISTRICT JUDGE**